AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| SHALYCE JOHNSON <br><br> *Plaintiff(s)* <br> v. <br> CARDWORKS, INC., CARDWORKS SERVICING, and VANESSA FIGUEROA, in Her Official and Individual Capacities. <br><br> *Defendant(s)* | Civil Action No. 2:24-cv-02898(NJC)(ST) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* (See attached rider)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Phillips & Associates PLLC
> 45 Broadway Suite 430,
> New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

*Concetta Landow*

Date: 04/19/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-02898(NJC)(ST)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                             _____
                                                        *Server's signature*

                                                 _____
                                                        *Printed name and title*

                                                 _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

Print    Save As...                                                      Reset

## Full Caption

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
SHALYCE JOHNSON,                                            Docket No.

                   Plaintiff,                              **COMPLAINT**

     -against-

CARDWORKS, INC., CARDWORKS SERVICING, and          **PLAINTIFF DEMANDS**
VANESSA FIGUEROA, *in Her Official and Individual*         **A TRIAL BY JURY**
*Capacities.*

                   Defendants.
-------------------------------------------------------------------------X

TO: (defendants name and address):

CARDWORKS, INC.
101 Crossways Park Drive West, Woodbury, NY 11797

CARDWORKS SERVICING
101 Crossways Park Drive West, Woodbury, NY 11797

VANESSA FIGUEROA
101 Crossways Park Drive West, Woodbury, NY 11797